THE HONORABLE JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
RICHARD L. AHEARN, Regional Director  )
of the Nineteenth Region of the National  )
Labor Relations Board, for and on behalf of )
the NATIONAL LABOR RELATIONS  )
BOARD  )
                                                                 )
        Petitioner,  )   Civil No. CV06-0690
                                                                 )
    v.  )   STIPULATION AND ORDER
                                                                 )   INDEFINITELY POSTPONING CASE
FIRST TRANSIT, INC.  )
                                                                 )
        Respondent.  )
_____

RONALD MEISBURG, General Counsel
CATHERINE M. ROTH, Regional Attorney
    Region 19
IRENE HARTZELL BOTERO, Attorney
    Region 19

NATIONAL LABOR RELATIONS BOARD,
    Region 19
2948 Jackson Federal Building
915 Second Avenue
Seattle, Washington  98174
Telephone:  (206) 220-6301

THE HONORABLE JUDGE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER INDEFINITELY POSTPONING CASE
UNDER 29 U.S.C. SECTION 160(j)

IT IS HEREBY STIPULATED AND AGREED by and between the Petitioner, Richard L. Ahearn, Regional Director of the Nineteenth Region of the National Labor Relations Board, for an on behalf of the National Labor Relations Board ("the Board") and the Respondent, First Transit, Inc., by their respective attorneys and subject to approval of the Court, that:

1. On May 22, 2006, after securing authorization from the Board, the Petitioner, for and on behalf of the Board, filed a Petition with this Court pursuant to Section 10(j) of the National Labor Relations Act, 29 U.S.C. Section 160(j), seeking a temporary injunction against Respondent, pending the final administrative disposition of certain unfair labor practice charges now pending before the Board, from violating Section 8(a)(1)[, (3) and (5)] of the Act, 29 U.S.C. Section 158(a)(1)[,(3) and (5)].

2. In consideration of Respondent entering into a Formal Settlement Stipulation, attached herein as Appendix 1, Petitioner agrees that this Petition and accompanying memorandum noted for consideration on June 16, 2006, shall be postponed indefinitely and that this cause of action shall be placed on the Court's inactive docket, pending the issuance of the Board's Order in NLRB Cases 19-CA-29622, 19-CA-29708 and 19-CA-30032, pursuant to the Formal Settlement Stipulation.

3. After the issuance of the Board's Order in NLRB  Cases 19-CA-29622, 19-CA-29708 and 19-CA-30032, Petitioner shall cause this proceeding to be dismissed with prejudice and without costs to either party.

_____   _____
Irene Hartzell Botero            James Shore
NLRB Region 19                   Counsel for Respondent
Counsel for Petitioner           By Irene Hartzell Botero with permission
                                 from James Shore

                                 Stoel Rives, LLP
                                 600 University Street, Suite 3600
                                 Seattle, Washington 98010-3197

Dated at Seattle, Washington
This 12th day of June 2006

## MINUTE ORDER

The following Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The  Stipulation agreed to between the Petitioner, Richard L. Ahearn, Regional Director of Region 19 of the National Labor Relations Board and Respondent, First Transit, Inc., is hereby approved, therefore, it is ORDERED that:

(1)     service of a copy of this Order by made forthwith by an individual employed by or designated by the National Labor Relations Board to perform service and not a party in this proceeding, in any manner provided in the Federal Rules of Civil Procedure, and that proof of such service be filed herein;

(2) Petitioner's petition for injunctive relief (and accompanying memorandum) shall be postponed indefinitely and this cause of action shall be placed on this Court's inactive docket, pending the issuance of the Board's Order in NLRB Cases 19-CA-29622, 19-CA-29708 and 19-CA-30032;

(3) Petitioner will notify the Court within ten days of the issuance of the Board's Order in NLRB Cases 19-CA-29622, 19-CA29708 and 19-CA-30032, and the Petitioner's petition for injunctive relief will be dismissed with prejudice and without costs to either party.

The parties are directed to otherwise comply with the Federal Rules of Civil Procedure and the Local Rules for the Western District of Washington. This case shall be removed from the Court's active caseload.

DATED this 29th day of June, 2006

_____
UNITED STATES DISTRICT JUDGE